1  Hans W. Herb, Esq. (SBN 136018)
   **LAW OFFICES OF HANS W. HERB**
2  P. O. Box 970
   Santa Rosa, California 95402
3  (707) 576-0757
   (707) 575-0364 Fax
4
   Attorneys for Plaintiff
5  Amandeep Singh

6

7

8              UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  AMANDEEP SINGH, an Individual,        **Case No.:  C 09-01721 JSW**

11              Plaintiff,                **PROOF OF SERVICE OF SUMMONS**
         v.                               **AND COMPLAINT**
12
    SAIF A. ASSAEDI, an Individual,
13
                Defendants.
14

15          I am a citizen of the United States, a resident of the County of Sonoma and am

16  over the age of 18 years and not a party to this action.  My business address is 740

17  Fourth Street, Suite 102, Santa Rosa, California 95404 (Mailing Address:  P. O. Box

18  970, Santa Rosa, CA 95402).

19          On April 23, 2009, I served the following documents:

20          1.   Complaint

21          2.   Summons

22          3.   Order Setting Initial Case Management Conference and ADR Deadlines

23          4.   Standing Order for All Judges of the Northern District of California:
                 Contents of Joint Case Management Statement

24          5.   Welcome to the U.S. District Court, San Francisco

25          6.   Notice of Availability of Magistrate Judge to Exercise Jurisdiction

26          7.   Civil Standing Orders

27          8.   ECF Registration Handout

28          9.   ADR Booklet

---

Case No. C 09-01721 JSW                    PROOF OF SERVICE OF SUMMONS & COMPLAINT

10.  Order Setting Case Management conference and Requiring Joint Case Management Conference Statement

on Defendant by pre-paid first-class mail, by placing it in a sealed envelope in the United States mail at Windsor, California, certified, return receipt requested.  (FRCP 4.(e)(1); California CCP § 415.40.)

Said envelope(s) was addressed as follows

Saif A. Assaedi
108 Quail Ridge Road
Oxford, NC 27565

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 29, 2009, at Windsor, California.

_____
Anne Lemos

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.02 | |
| Certified Fee | 2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.20 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.42 | |

Sent To **Saif A. Assaedi**
Street, Apt. No.; or PO Box No. **108 Quail Ridge Road**
City, State, ZIP+4 **Oxford, NC 27565**

PS Form 3800, August 2006     See Reverse for Instructions

*(vertical article number: 7007 0710 0000 6377 4674)*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saif A. Assaedi
108 Quail Ridge Road
Oxford, NC 27565

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Nagwa A.* ☒ Agent ☐ Addressee

B. Received by (Printed Name) — *Nagwa A*    C. Date of Delivery — 4/25/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
**7007 0710 0000 6377 4674**

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540