IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAIF A ASSAEDI,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 09-01721 JSW<br><br>**ORDER STRIKING ANSWER** |

On April 20, 2009, Plaintiff filed the Complaint in this case. On June 2, 2009, Plaintiff moved for entry of default, because Defendant had failed to answer. On June 5, 2009, default was entered by the Clerk. On June 22, 2009, Defendant filed an answer, without seeking relief from the entry of default. *See* Fed. R. Civ. P. 55(c). Accordingly, the Court HEREBY STRIKES the Answer from the record. If Defendant intends to appear and defend this action, he must either seek relief from default under Rule 55(c) or obtain a stipulation from Plaintiff to vacate the entry of default.

**IT IS SO ORDERED.**

Dated: June 25, 2009

　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE