A. NICK SHAMIYEH, ESQUIRE - STATE BAR NO. 047136
RAMI S. SHAMIEH, ESQUIRE – STATE BAR NO. 253722
SHAMIYEH & SHAMIEH
Attorneys At Law
112 West 25th Avenue, Suite 1
San Mateo, California 94403
Telephone: (650) 627-8027
Facsimile:   (650) 627-8029
ATTORNEYS FOR DEFENDANT
SAIF A. ASSAEDI

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMANDEEP SINGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAIF A. ASSAEDI, an individual,<br><br>Defendant. | Case No.: CV09-1721 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DEFAULT AGAINST DEFENDANT SAIF A. ASSAEDI ENTERED ON JUNE 5, 2009** |

IT IS HEREBY STIPULATED by and between Hans W. Herb, Esq., attorney for plaintiff,

and Rami S. Shamieh, Esq., attorney for defendant, that the **default** entered herein against

Defendant SAIF A. ASSAEDI pursuant to the request to enter **default** filed herein on June 2,

2009 and entered by the Clerk on June 5, 2009, be vacated by this Court.  IT IS FURTHER

STIPULATED AND AGREED that upon entry of this Court's order vacating the **default**, that

1   defendant have ten (10) days from notice of the Order of this Court vacating the default within

2   which to answer or otherwise plead to the complaint on file herein.

3           Respectfully submitted,

4                                           LAW OFFICES OF HANS W. HERB

6   Dated: July 1, 2009                     By: _____
7                                               Hans W. Herb, Esq.
8                                               Attorneys for Plaintiff Amandeep Singh

9   Dated: July 1, 2009                     SHAMIYEH & SHAMIEH
                                            Attorneys At Law

11                                          By: _____
12                                              Rami S. Shamieh, Esq.
                                                Attorneys for Defendant Saif A. Assaedi

13                                  ORDER

14          On reading the Stipulation of the parties hereto that the **default** entered herein against

15  defendant be set aside and vacated and good cause appearing therefor,

16          IT IS HEREBY ORDERED that the **default** heretofore entered on June 5, 2009 against

17  defendant, SAIF A. ASSAEDI be vacated and set aside and that defendant have 10 days from

19  notice of this order within which to answer or otherwise plead to the complaint on file herein.

20          **IT IS SO ORDERED.**

22  Dated: July 2           , 2009          _____
23                                          HONORABLE JEFFREY S. WHITE
                                            United States District Judge