IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH, | No. C 09-01721 JSW |
| Plaintiff, | |
| v. | **ORDER VACATING MANAGEMENT CONFERENCE** |
| SAIF A ASSAEDI, | |
| Defendant. / | |

The Court has received and considered the parties' Joint Case Management Conference Statement. In light of their representations that a settlement has been reached, the Court VACATES the case management conference set for August 14, 2009. If a dismissal has not been filed by August 21, 2009, the Court shall, pursuant to the parties' consent, refer this matter to a randomly assigned Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: August 11, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE