Hans W. Herb, Esq. (SBN 136018)
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, California 95402
(707) 576-0757
(707) 575-0364 Fax

Attorneys for Plaintiff
Amandeep Singh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMANDEEP SINGH, an Individual,

    Plaintiff,

v.

SAIF A. ASSAEDI, an Individual,

    Defendants.

AND RELATED COUNTERCLAIM.

Case No.: C 09-01721 JSW

STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION

Pursuant to FRCP 41, AMANDEEP SINGH, Plaintiff and Cross-Defendant, and SAIF A. ASSAEDI, Defendant and Counter-Claimant, having reached a full and final settlement of their dispute, hereby stipulate to a dismissal with prejudice of the entire pending litigation between the parties.

Law Offices of Hans W. Herb

By _____
Hans W. Herb
Attorney for Amandeep Singh,
Plaintiff and Cross-Defendant

By _____
A. Nick Shamiyeh
Attorney for Saif A. Assaedi,
Defendant and Counter-Claimant

IT IS SO ORDERED:

Dated: _____

_____
JEFFREY S. WHITE
JUDGE, U.S. DISTRICT COURT