Hans W. Herb, Esq. (SBN 136018)
**LAW OFFICES OF HANS W. HERB**
P. O. Box 970
Santa Rosa, California 95402
(707) 576-0757
(707) 575-0364 Fax

Attorneys for Plaintiff
Amandeep Singh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH, an Individual,<br><br>Plaintiff,<br>v.<br><br>SAIF A. ASSAEDI, an Individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C 09-01721 JSW<br><br>STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION |

Pursuant to FRCP 41, AMANDEEP SINGH, Plaintiff and Cross-Defendant, and SAIF A. ASSAEDI, Defendant and Counter-Claimant, having reached a full and final settlement of their dispute, hereby stipulate to a dismissal with prejudice of the entire pending litigation between the parties.

Law Offices of Hans W. Herb

By _____
Hans W. Herb
Attorney for Amandeep Singh,
Plaintiff and Cross-Defendant

By _____
A. Nick Shamiyeh
Attorney for Saif A. Assaedi,
Defendant and Counter-Claimant

IT IS SO ORDERED:

Dated: September 1, 2009

_____
JEFFREY S. WHITE
JUDGE, U.S. DISTRICT COURT

Case No. C 09-01721 JSW                STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION